```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 27843
   LEWIS SIMPKINS
   SHARON SIMPKINS                              CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-9922    SSN XXX-XX-8747


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/17/2008 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 01/07/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
GMAC MORTGAGE              CURRENT MORTG        .00           .00            .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG        .00           .00            .00
CHASE EDUCATION FINANCE    UNSECURED      NOT FILED           .00            .00
CHASE EDUCATION FINANCE    UNSECURED      NOT FILED           .00            .00
SALLIE MAE GUARANTEE SER   UNSECURED        4684.12           .00            .00
SALLIE MAE SERVICING       UNSECURED      NOT FILED           .00            .00
SALLIE MAE SERVICING       UNSECURED      NOT FILED           .00            .00
SALLIE MAE SERVICING       UNSECURED      NOT FILED           .00            .00
NATIONAL STUDENT LOAN PR   UNSECURED         788.09           .00            .00
ASPEN NATIONAL COLLECTIO   UNSECURED      NOT FILED           .00            .00
BANK OF AMERICA            UNSECURED      NOT FILED           .00            .00
BANK FIRST                 UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        2921.84           .00            .00
HOUSEHOLD FINANCE/ BENEF   UNSECURED      NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED         717.13           .00            .00
CAPITAL ONE                UNSECURED      NOT FILED           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        1220.22           .00            .00
DIRECTV                    UNSECURED      NOT FILED           .00            .00
CESSNA ECU                 UNSECURED      NOT FILED           .00            .00
CITIZENS CAF               UNSECURED       25790.20           .00            .00
CONSUMER PORTFOLIO SERVI   UNSECURED      NOT FILED           .00            .00
CENTRAL KANSAS PODIATRY    UNSECURED      NOT FILED           .00            .00
FAIR FINANCIAL             UNSECURED      NOT FILED           .00            .00
FCNB                       UNSECURED      NOT FILED           .00            .00
HOMECOMINGS FINANCIAL      UNSECURED      NOT FILED           .00            .00
JC PENNEY                  UNSECURED      NOT FILED           .00            .00
COX COMMUNICATIONS         UNSECURED         239.80           .00            .00
NEX/MIL STAR/EXCHANGE      UNSECURED        3844.18           .00            .00
MILITARY STAR CREDIT CAR   UNSECURED      NOT FILED           .00            .00
NAVY FEDERAL CREDIT UNIO   UNSECURED       13631.98           .00            .00
ROUNDUP FUNDING LLC        UNSECURED         578.53           .00            .00
AT&T WIRELESS              UNSECURED      NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED      NOT FILED           .00            .00
SAMS CLUB                  UNSECURED      NOT FILED           .00            .00
JC PENNEY                  UNSECURED      NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 27843 LEWIS SIMPKINS & SHARON SIMPKINS
```

```
SAMS CLUB                   UNSECURED       NOT FILED              .00           .00
SAMS CLUB                   UNSECURED       NOT FILED              .00           .00
WESLEY MEDICAL CENTER       UNSECURED       NOT FILED              .00           .00
WESLEY MEDICAL CENTER       UNSECURED       NOT FILED              .00           .00
ZALES                       UNSECURED       NOT FILED              .00           .00
GMAC MORTGAGE CORP          MORTGAGE NOTI   NOT FILED              .00           .00
WOODS & EVANS               DEBTOR ATTY           .00                             .00
TOM VAUGHN                  TRUSTEE                                               .00
DEBTOR REFUND               REFUND                                                .00

       Summary of Receipts and Disbursements:
 ---------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
 ---------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                           ---------------     ---------------
TOTALS                                .00                  .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/10/09              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE